

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

## MEMORANDUM OPINION

No. 04-08-00519-CV

Jose A. **VALDEZ**, Jr.,
Appellant

v.

Gustavo **GUEVARA**, Jr., City Secretary and The City of Laredo,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CVQ-000288D2
Honorable David Peeples, Judge Presiding[1]

PER CURIAM

Sitting:    Catherine Stone, Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  December 23, 2008

DISMISSED FOR WANT OF PROSECUTION

On November 17, 2008, notice was given to the appellant that this appeal was subject to dismissal for failing to file a brief.  *See* TEX. R. APP. P. 38.8(a)(1).  Appellant was given ten days to explain why the cause should not be dismissed for his failure to file a brief.  To date, no response has been received.  There being no satisfactory explanation for appellant's failure to timely file the

---

[1] Sitting by assignment.

brief, the appeal is dismissed for want of prosecution. *See id.*; 42.3. Costs of appeal are taxed against the appellant.

PER CURIAM